**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____   Chapter __12__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Two Rivers Cattle Feeders, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-1027340** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **23551 HWY 11**<br>**Triplett, MO 65286**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Chariton**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __Two Rivers Cattle Feeders, Inc.__            Case number *(if known)*_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____1121____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

■ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   __Two Rivers Cattle Feeders, Inc.__   Case number (*if known*) _____

Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District _____ When _____ | | Case number, if known _____ | |

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
         Contact name       _____
         Phone              _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Two Rivers Cattle Feeders, Inc.**                                                    Case number (*if known*) _____
       Name

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  3, 2025**
              MM / DD / YYYY

**X** **/s/ Chad Duncan**                                    **Chad Duncan**
Signature of authorized representative of debtor             Printed name

Title   **Owner**

---

**18. Signature of attorney**

**X** **/s/ David M. Dare**                                  Date   **April  3, 2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**David M. Dare 35965**
Printed name

**Herren, Dare & Streett**
Firm name

**439 S. Kirkwood Road, Suite 204**
**St. Louis, MO 63122**
Number, Street, City, State & ZIP Code

Contact phone   **314-965-3373**       Email address   **hdsstl@hdsstl.com**

**35965 MO**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Two Rivers Cattle Feeders, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  3, 2025**       X **/s/ Chad Duncan**

Signature of individual signing on behalf of debtor

**Chad Duncan**
Printed name

**Owner**
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __Two Rivers Cattle Feeders, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $  3,300,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $  1,375,545.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $  4,675,545.00

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $  5,098,678.61

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $  241,610.30

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$  2,475,845.17

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b

   $  7,816,134.08

**Fill in this information to identify the case:**

Debtor name **Two Rivers Cattle Feeders, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.      Checking, savings, money market, or financial brokerage accounts *(Identify all)*
Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

3.1.  Exchange Bank of Missouri        Checking        1270        $195.00

4.      Other cash equivalents *(Identify all)*

5.      Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $195.00

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      Accounts receivable

11a. 90 days old or less:        100,000.00    -        0.00    = ....        $100,000.00
        face amount                doubtful or uncollectible accounts

Debtor **Two Rivers Cattle Feeders, Inc.**
Name

Case number *(If known)* _____

---

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    | $100,000.00 |
    | --- |

**Part 4:** Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28. Crops-either planted or harvested | | | |
| 29. Farm animals *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. Farm machinery and equipment *(Other than titled motor vehicles)* | | | |
| Farm machinery and equipment | $803,500.00 | FMV | $803,500.00 |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| Vet Meds | $10,000.00 | FMV | $10,000.00 |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.

    | $813,500.00 |
    | --- |

34. **Is the debtor a member of an agricultural cooperative?**
    ■ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
    　　☐ No
    　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ■ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

Debtor  **Two Rivers Cattle Feeders, Inc.**                    Case number *(If known)* _____
          Name

■ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>**Office Furniture** | $5,600.00 | FMV | $5,600.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>**Office Equipment** | $5,750.00 | FMV | $5,750.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | Total of Part 7.<br>Add lines 39 through 42. Copy the total to line 86. | | | $11,350.00 |

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
■ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | **Two automobiles, Two Semi Trucks, Two silage trucks, 3-feed trucks** | $438,000.00 | FMV | $438,000.00 |
| 47.2. | **Trailers** | $12,500.00 | FMV | $12,500.00 |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor  **Two Rivers Cattle Feeders, Inc.**                                    Case number *(If known)* _____
              Name

49.   Aircraft and accessories

50.   Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)

51.   **Total of Part 8.**                                                              | $450,500.00 |
        Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

        ☐ No.  Go to Part 10.
        ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **210 acres in Chariton Co. with grain bins, 4 slatted cattle, feed barns, office and vet shack, grain storage with grain log and hammer mill** | Fee Simple | $3,300,000.00 | FMV | $3,300,000.00 |

56.   **Total of Part 9.**                                                              | $3,300,000.00 |
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

        ■ No.  Go to Part 11.
        ☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor   __Two Rivers Cattle Feeders, Inc.__   Case number *(if known)* _____
                Name

---

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor   **Two Rivers Cattle Feeders, Inc.**                          Case number *(If known)* _____
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $195.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $100,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $813,500.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $450,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................> | | $3,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,375,545.00 | + 91b.  $3,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,675,545.00 |

**Fill in this information to identify the case:**

Debtor name __Two Rivers Cattle Feeders, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Ace Funding Source**
Creditor's Name

295 Madison Avenue
12th Floor
New York, NY 10017
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/14/2025**
Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Accounts**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A: **$93,687.00**   Column B: **$0.00**

---

**2.2  AFA Capital, LLC**
Creditor's Name

96-14 Metropolitan Ave.
Forest Hills, NY 11375
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/6/20025**
Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Accounts**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$600,000.00**   Column B: **$0.00**

---

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 5

Debtor **Two Rivers Cattle Feeders, Inc.**                                        Case number (if known) _____
          Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 | **Ag Direct** | Describe debtor's property that is subject to a lien | $14,950.95 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Roto Mix Feed**

**P.O. Box 2409**
**Omaha, NE 68103**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/15/2020**
Last 4 digits of account number
**7015**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Central Bank** | Describe debtor's property that is subject to a lien | $70,602.30 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Cattle**

**PO Box 758**
**Jefferson City, MO 65102**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/22/2023**
Last 4 digits of account number
**3639**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Central Bank** | Describe debtor's property that is subject to a lien | $29,805.64 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Cattle**

**PO Box 758**
**Jefferson City, MO 65102**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

---

Debtor  **Two Rivers Cattle Feeders, Inc.**          Case number (if known) _____
        Name

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **5/7/2021** | ☑ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **4077** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Dover Capital LLC** | Describe debtor's property that is subject to a lien | $173,775.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Accounts** | | |

**7201 Glen Forest Dr**
**Suite 205**
**Richmond, VA 23226**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/3/2025**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Exchange Bank of Missouri** | Describe debtor's property that is subject to a lien | $2,261,465.68 | $2,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Cattle, Cash, Accounts, Real Estate, Equipment, 1st Priority, Buildings** | | |

**101 S. Church Street**
**Fayette, MO 65248**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/26/2021**
**Last 4 digits of account number**
**0760**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 | **Highland Hill Capital LLC** | Describe debtor's property that is subject to a lien | $1,175,392.04 | $0.00 |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

Debtor  **Two Rivers Cattle Feeders, Inc.**     Case number (if known) _____
    Name

---

Creditor's Name

**1100 Park Central Blvd S.**
**Suite 1200**
**Pompano Beach, FL 33064**
Creditor's mailing address

**Cattle**

Describe the lien _____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/5/2024**
Last 4 digits of account number ___

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **Slate Advance** | | | $179,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**15 America Ave.**
**Suite 303**
**Lakewood, NJ 08701**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Accounts**

Describe the lien _____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/23/2024**
Last 4 digits of account number ___

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **Small Business Administration** | | | $500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**409 3rd St. SW**
**Washington, DC 20416**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Cash, Accounts, Equipment and Inventory, 2nd Priority**

Describe the lien _____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/27/2021**
Last 4 digits of account number
**7801**

---

Debtor   __Two Rivers Cattle Feeders, Inc.__    Case number (if known) _____
                Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$5,098,678.61**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Two Rivers Cattle Feeders, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Missouri Department of Revenue**<br>PO Box 3020<br>Jefferson City, MO 65105 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32,102.19** | **$0.00** |
| Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**2022 MO1120- Corporate Income Tax** | | |
| Last 4 digits of account number **7246** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Missouri Department of Revenue**<br>PO Box 3020<br>Jefferson City, MO 65105 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,214.21** | **$0.00** |
| Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**2023 MO1120- Corporate Income Tax** | | |
| Last 4 digits of account number **7246** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

Debtor  __Two Rivers Cattle Feeders, Inc.__          Case number (if known) _____
             Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,376.83 | $7,376.83 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address
**United State Treasury/ IRS**

**Ogden, UT 84201**

Date or dates debt was incurred
**2023**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**2023 1120- Corporate Income Tax**

Is the claim subject to offset?
■ No
☐ Yes

$7,376.83     $7,376.83

---

**2.4**

Priority creditor's name and mailing address
**United State Treasury/Internal Revenue S**

**Ogden, UT 84201**

Date or dates debt was incurred
**2022**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**2022 1120 Corporate Income Tax**

Is the claim subject to offset?
■ No
☐ Yes

$200,917.07     $0.00

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

Nonpriority creditor's name and mailing address
**Chad Duncan Farms**
**20069 HWY M**
**Brunswick, MO 65236**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business**

Is the claim subject to offset? ■ No ☐ Yes

$108,761.75

---

**3.2**

Nonpriority creditor's name and mailing address
**DCT, LLC/ Nextgen Cattle Company**
**31517 Vera Road**
**Paxico, KS 66526**

Date(s) debt was incurred  **10/2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business, Cattle**

Is the claim subject to offset? ■ No ☐ Yes

$1,913,149.97

---

**3.3**

Nonpriority creditor's name and mailing address
**Financial Pacific Leasing**
**3455 S 344th Way, Ste 300**
**Auburn, WA 98001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease of 1992 Kenworth Silage Truck**

Is the claim subject to offset? ■ No ☐ Yes

$23,444.00

---

Debtor    **Two Rivers Cattle Feeders, Inc.**      Case number (if known) _____
Name

---

**3.4**   Nonpriority creditor's name and mailing address

**Leeton Feed & Fertilizer**
**101 E. Railroad**
**Leeton, MO 64761**

Date(s) debt was incurred __12/31/2020__

Last 4 digits of account number __RIVCA__

As of the petition filing date, the claim is: Check all that apply.      **$100,234.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**   Nonpriority creditor's name and mailing address

**Missouri Department of Revenue**
**PO Box 3020**
**Jefferson City, MO 65105**

Date(s) debt was incurred __

Last 4 digits of account number __7246__

As of the petition filing date, the claim is: Check all that apply.      **$205.06**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __2020 MO1120- Corporate Income Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**   Nonpriority creditor's name and mailing address

**Missouri Department of Revenue**
**PO Box 3020**
**Jefferson City, MO 65105**

Date(s) debt was incurred __2021__

Last 4 digits of account number __7246__

As of the petition filing date, the claim is: Check all that apply.      **$4,735.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __2021 MO1120- Corporate Income Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**   Nonpriority creditor's name and mailing address

**Northland Capital Financial Services, LL**
**PO Box 3886**
**Bellevue, WA 98009**

Date(s) debt was incurred __8/7/2024__

Last 4 digits of account number __079G__

As of the petition filing date, the claim is: Check all that apply.      **$292,336.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Leased 2012 Silage Chopper, 2013 Pro Pick up Head, 2023 Krone 750-2FP Corn Head__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8**   Nonpriority creditor's name and mailing address

**United State Treasury/ IRS**

**Ogden, UT 84201**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      **$32,976.96**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __2021 1120- Corporate Income Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 241,610.30 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,475,845.17 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 2,717,455.47 |

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 3 of 3

**Fill in this information to identify the case:**

Debtor name __Two Rivers Cattle Feeders, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 1992 Kenworth Silage Truck | |
|------|------|------|------|
| | State the term remaining | 2 years | |
| | List the contract number of any government contract | XXO-301 | Financial Pacific Leasing, Inc. 3455 S 344th Way, Ste 300 Auburn, WA 98001 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Silage Chopper | |
|------|------|------|------|
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | 2079 G | Northland Capital Financial Services, LL PO Box 3886 Bellevue, WA 98009 |

Fill in this information to identify the case:

Debtor name __Two Rivers Cattle Feeders, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Chad Duncan | **20069 Hwy M** <br>**Brunswick, MO 65236** | Exchange Bank of Missouri | ■ D __2.7__ <br>☐ E/F ____ <br>☐ G ____ |
| 2.2 | Terry and Susan Duncan | | Exchange Bank of Missouri | ■ D __2.7__ <br>☐ E/F ____ <br>☐ G ____ |

Official Form 206H                                Schedule H: Your Codebtors                                Page 1 of 1

**Fill in this information to identify the case:**

Debtor name __Two Rivers Cattle Feeders, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $650,000.00 |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $2,750,000.00 |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $2,750,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 1

Debtor   **Two Rivers Cattle Feeders, Inc.**        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **AFA Capital, LLC** | | $163,125.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.   **Alternative Funding, LLC** | | $18,237.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.   **Dover Capital** | | $51,075.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.   **Highland Hill Funding** | | $522,588.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.   **Slate Advance** | | $256,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Two Rivers Cattle Feeders, Inc.**                         Case number (*if known*) _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| **Wind Damage to feed lot roof.** | **$42,000.00** | 2024 | $42,000.00 |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor  **Two Rivers Cattle Feeders, Inc.**                    Case number (if known) _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | David M. Dare<br>439 South Kirkwood Rd.<br>Saint Louis, MO 63122 | | 3/31/2025 | $40,000.00 |
| | Email or website address<br>ddare@hdsstl.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 4

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. Closed financial accounts
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. Safe deposit boxes
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. Off-premises storage
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. Property held for another
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Kristi Sampsell | 2018 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Exchange Bank of Missouri<br>101 S. Church Street<br>Fayette, MO 65248 | 2018 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**Name and address**

If any books of account and records are unavailable, explain why

26c.1.    Kristi Sampsell

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    Exchange Bank of Missouri
101 S. Church Street
Fayette, MO 65248

26d.2.    Bank of Springfield

26d.3.    Land O Lakes

26d.4.    BTC Bank

26d.5.    Farm Credit Services

26d.6.    Intrust Bank

26d.7.    Lathem Funding

26d.8.    AFL Inc.

26d.9.    AFS B2B

26d.10.   Ag Direct
P.O. Box 2409
Omaha, NE 68103

26d.11.   Biz2Credit

26d.12.   Capybara Capital LLC

26d.13.   Cheval Capital Group

26d.14.   Commercial Capital Alliance

26d.15.   DCF Commercial Lending

Debtor  **Two Rivers Cattle Feeders, Inc.**                                    Case number *(if known)* _____

**Name and address**

| | |
|---|---|
| 26d.16. | **Highland Hill Capital** |
| 26d.17. | **J&S Capital** |
| 26d.18. | **Bank On Track Today, LLC** |
| 26d.19. | **Dover Capital** |
| 26d.20. | **AFA Capital** |
| 26d.21. | **Seamless Funding** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chad Duncan | 20069 HWY M<br>Brunswick, MO 65236 | Sole Shareholder, Officer and Director | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | Chad Duncan<br>20069 HWY M<br>Brunswick, MO 65236 | $40,000.00 | Various | Draw |
| | Relationship to debtor<br>Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent
                                                          corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

Name of the pension fund                                    Employer Identification number of the pension
                                                           fund

### Part 14:  Signature and Declaration

**WARNING** — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  3, 2025**

**/s/ Chad Duncan**                                    **Chad Duncan**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Eastern District of Missouri

In re  **Two Rivers Cattle Feeders, Inc.** _____

_____ Debtor(s)

Case No. _____

Chapter  **12**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept _____    $ _____

Prior to the filing of this statement I have received _____    $ _____

Balance Due _____    $ _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____    $ _____**40,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____    $ _____**400.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  $ __**265.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  [Other provisions as needed]
    **a.Analysis of the debtors' financial situation, and rendering advice to the debtors in determining whether to file a petition in bankruptcy; b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required; c. Representation of the debtors at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    __Two Rivers Cattle Feeders, Inc._____          Case No. _____
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__April  3, 2025_____          __/s/ David M. Dare_____
*Date*                                     **David M. Dare 35965**
                                           *Signature of Attorney*
                                           **Herren, Dare & Streett**
                                           **439 S. Kirkwood Road, Suite 204**
                                           **St. Louis, MO 63122**
                                           **314-965-3373  Fax: 314-965-2225**
                                           **hdsstl@hdsstl.com**
                                           *Name of law firm*

In re    **Two Rivers Cattle Feeders, Inc.**                                     Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  3, 2025**
_____
*Date*

/s/ David M. Dare
_____
**David M. Dare 35965**
*Signature of Attorney*
**Herren, Dare & Streett
439 S. Kirkwood Road, Suite 204
St. Louis, MO 63122
314-965-3373  Fax: 314-965-2225
hdsstl@hdsstl.com**
_____
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of Missouri

In re   <u>Two Rivers Cattle Feeders, Inc.</u>

Debtor(s)

Case No. _____

Chapter   <u>12</u>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of ___ page(s) and is true, correct and complete.

<u>/s/ Chad Duncan</u>

**Chad Duncan/Owner**
Signer/Title

Dated:   <u>April 3, 2025</u>

L.F. 2 - 2/2021

Ace Funding Source
295 Madison Avenue
12th Floor
New York, NY 10017

AFA Capital, LLC
96-14 Metropolitan Ave.
Forest Hills, NY 11375

Ag Direct
P.O. Box 2409
Omaha, NE 68103

Central Bank
PO Box 758
Jefferson City, MO 65102

Chad Duncan
20069 Hwy M
Brunswick, MO 65236

Chad Duncan Farms
20069 HWY M
Brunswick, MO 65236

DCT, LLC/ Nextgen Cattle Company
31517 Vera Road
Paxico, KS 66526

Dover Capital LLC
7201 Glen Forest Dr
Suite 205
Richmond, VA 23226

Exchange Bank of Missouri
101 S. Church Street
Fayette, MO 65248

Financial Pacific Leasing
3455 S 344th Way, Ste 300
Auburn, WA 98001

Financial Pacific Leasing, Inc.
3455 S 344th Way, Ste 300
Auburn, WA 98001

Highland Hill Capital LLC
1100 Park Central Blvd S.
Suite 1200
Pompano Beach, FL 33064

Leeton Feed & Fertilizer
101 E. Railroad
Leeton, MO 64761

Missouri Department of Revenue
PO Box 3020
Jefferson City, MO 65105

Northland Capital Financial Services, LL
PO Box 3886
Bellevue, WA 98009

Slate Advance
15 America Ave.
Suite 303
Lakewood, NJ 08701

Small Business Administration
409 3rd St. SW
Washington, DC 20416

Terry and Susan Duncan


United State Treasury/ IRS
Ogden, UT 84201


United State Treasury/Internal Revenue S
Ogden, UT 84201

# United States Bankruptcy Court
## Eastern District of Missouri

In re   Two Rivers Cattle Feeders, Inc.

Debtor(s)

Case No.
Chapter   **12**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Two Rivers Cattle Feeders, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April  3, 2025

Date

/s/ David M. Dare

**David M. Dare 35965**

Signature of Attorney or Litigant
Counsel for   Two Rivers Cattle Feeders, Inc.

**Herren, Dare & Streett**
**439 S. Kirkwood Road, Suite 204**
**St. Louis, MO 63122**
**314-965-3373 Fax:314-965-2225**
**hdsstl@hdsstl.com**