| Information to identify the case: | | Case Number **25–20053** |
|---|---|---|
| Debtor | Two Rivers Cattle Feeders, Inc. <br> Name | EIN: 83–1027340 |
| United States Bankruptcy Court  Eastern District of Missouri | | Date case filed for chapter: 12  4/3/25 |
| Case number: 25–20053 | | |

Official Form 309H (For Corporations or Partnerships)

# Order and Notice of Chapter 12 Bankruptcy Case  12/17

**For the debtor listed above, a case has been filed under chapter 12 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities (see Bankruptcy Code §362 and §1201 for prohibited collection actions). This means that creditors generally may not take action to collect debts from the debtor, the debtor's property, or certain codebtors. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, telephone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the Court to extend or impose a stay.

Confirmation of a chapter 12 plan may result in the discharge of debt. Creditors who want to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadline specified in this notice. (See section number 13 below for more information.)

To protect your rights, consult an attorney.

**The staff of the Bankruptcy Clerk's Office cannot give legal advice.**

**Do not file this notice with any Proof of Claim or other filing in the case.**

| 1. | **Debtor's full name** | Two Rivers Cattle Feeders, Inc. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 23551 HWY 11 <br> Triplett, MO 65286 | |
| 4. | **Debtor's attorney** <br> Name and address | David M. Dare <br> Herren, Dare & Streett <br> 439 S. Kirkwood Road <br> Suite 204 <br> St. Louis, MO 63122 | Contact phone: (314) 965–3373 <br><br> Email: ddare@hdsstl.com |
| 5. | **Bankruptcy Clerk's Office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov | 111 South Tenth Street <br> Fourth Floor <br> St. Louis, MO 63102 <br> Telephone number: (314) 244–4500 <br> McVCIS: 1–866–222–8029, #87 <br> Electronic Case Information/PACER: https://ecf.moeb.uscourts.gov <br><br> Office Hours: Monday – Friday 8:30 a.m. – 4:30 p.m. | |
| 6. | **Bankruptcy trustee** <br> Name and address | Charles W Riske <br> Charles W. Riske <br> 13321 N Outer 40 Road Suite 600 <br> Town and Country, MO 63017 | Contact phone: 314–749–4331 <br><br> Email: riske@cwrlaw.com |

**For more information, see page 2 >**

Official Form 309H (For Corporations or Partnerships)   **Order and Notice of Chapter 12 Bankruptcy Case**   page 1

Debtor **Two Rivers Cattle Feeders, Inc.**                                                                 Case number **25–20053**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 7, 2025 at 01:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the Court docket. | Location:<br>**Zoom video meeting, Go to Zoom.us/join, Enter Meeting ID 466 449 2978, and Passcode 1506136281, OR call, 1 314 557 7997**<br><br>For Additional Meeting information go to www.justice.gov/ust/moc. |
| **8. Exception to discharge deadline**<br>The Bankruptcy Clerk's Office must receive a complaint and any required filing fee by the following deadline. | You must file a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **Deadline for filing the complaint:**<br>**July 7, 2025** |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation, if not enclosed, will be sent to you later.<br><br>**PLEASE BE ADVISED** that at any hearing concerning confirmation of your plan, your case may be dismissed if you have not made any plan payments or if you have failed to make all payments due as of the date of the hearing. | |
| **10. Important Deadlines**<br>Pleadings must be received by the Bankruptcy Clerk's Office by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: June 12, 2025** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: September 30, 2025** |
| | **Proof of Claims:**<br>A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form is not included with this notice. You can obtain one at any Bankruptcy Clerk's Office, or by visiting www.uscourts.gov. If you do not file a Proof of Claim by the deadline, you might not be paid on your claim. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the Bankruptcy Court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Proofs of Claims can be filed via the Court's Electronic Proof of Claim system (ePOC) found on the Court's web site at www.moeb.uscourts.gov.**<br>Do not include this notice with any filing you make with the Court. | |
| **11. Foreign Creditors** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the Court to extend the deadlines in this notice. Consult an attorney familiar with United States Bankruptcy Law if you have any questions about your rights in this case. | |
| **12. Filing a chapter 12 bankruptcy case** | Chapter 12 allows family farmers and family fishermen to reorganize according to a plan. A plan is not effective unless the Court confirms it. You may object to confirmation of the plan and attend the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business. | |
| **13. Discharge of debts** | Confirmation of a chapter 12 plan may result in a discharge of debts, which may include all or part of your debt. Unless the Court orders otherwise, the discharge will not be effective until all payments under the plan are made. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan.<br>If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), you must file a complaint and pay the filing fee by the deadline. | |

**So Ordered:**

*Kathy A Surratt-States*

United States Bankruptcy Court Judge
**Date:** April 4, 2025

**For more information, see page 3 >**

Debtor  **Two Rivers Cattle Feeders, Inc.**                                                                                        Case number **25–20053**

Any paper that you file in this bankruptcy case should be filed at the Bankruptcy Clerk's Office at the address listed in section number 6 of this Order and Notice. Registered electronic users should file through our Case Management/Electronic Case Files (CM/ECF) system at https://ecf.moeb.uscourts.gov. **This Court requires all attorneys to file electronically through CM/ECF.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office or via the Internet if you have a PACER subscription. You may register for PACER at www.pacer.uscourts.gov. Case status information is available 24 hours a day by contacting **McVCIS (Multi–Court Voice Case Information System)** or via the Internet using PACER. Information about the meeting of creditors, certain forms, and other matters can be obtained from the Court's website: https://www.moeb.uscourts.gov.

Official Form 309H (For Corporations or Partnerships)         **Order and Notice of Chapter 12 Bankruptcy Case**         page 3