*SO ORDERED IN PART*

*Chapter 12 Plan filed on September 26, 2025*

*Oct 09, 2025*

*Kathy A. Surratt-States*
*KATHY A. SURRATT-STATES*
*United States Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 25-20053 |
| | ) | |
| TWO RIVERS CATTLE FEEDERS, INC. | ) | Chapter 11 Proceeding |
| | ) | |
| Debtor. | ) | MOTION FOR EXTENSION |
| | ) | OF TIME FOR DEADLINE |
| | ) | TO FILE CHAPTER 12 PLAN |
| | ) | SECOND REQUEST |
| | ) | |
| | ) | Hearing Date: September 11, 2025 |
| | ) | Hearing Time: 10:00 am |
| | ) | Hannibal Court Location |
| | ) | Response Date: September 11, 2025 |

## SECOND MOTION FOR EXTENSION OF TIME OF DEADLINE TO FILE CHAPTER 12 PLAN

COMES NOW Two Rivers Cattle Feeders, Inc. ("Debtor"), by and through its undersigned counsel, and for its Second Motion for Extension of Time of Deadline to File Chapter 12 Plan (the "Motion") and moves the Court for an extension of the current deadline under 11 U.S.C. Section 1221 to file a plan by 72 days. In support of this Motion, Debtor respectfully represents as follows:

1. On April 3, 2025 (the "Petition Date"), Debtor filed its voluntary petition for relief under Chapter 12, Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Missouri, Northern Division.

2. Pursuant to Sections 1203 and 1106 of the Bankruptcy Code, Debtor is continuing to operate its business as a debtor in possession. Trustee Charles W. Riske is the duly appointed chapter 12 trustee.

3.     The relief requested in the Motion is now more necessary than ever because Debtor's affairs are intertwined with the principal of Debtor's crop and hog farming operations and Chad Duncan, after being completely unable to resolve outstanding issues with his lender, has filed his own chapter 12 bankruptcy case. Chad's Case is Number 25-20137. The Debtor is contemporaneously seeking joint administration of the two bankruptcy cases by motion in the Chad Duncan case. The Debtor is the largest customer of Chad Duncan, purchasing over a million dollars a year from him to feed the Debtor's cattle. This relationship benefits both debtors, as Chad Duncan saves on grain hauling and storage charges and Two Rivers is able to secure feed at a lower price. If the Court grants joint administration, both debtors will be able to file a single joint plan.  Chad Duncan's Plan is currently due on November 10, 2025. Joint administration and delay in filing the Two Rivers plan will decrease costs to both estates, provide a greater recovery for creditors in both cases and promote judicial economy

4.     Section 1221 provides that the Court may extend the period for filing a plan if the need for an extension is not attributable to circumstances for which the Debtors shall not justly be held accountable. Debtors' reason for requesting the extension meets this standard. The deadline for Debtors to file their plan is currently August 31, 2025.

WHEREFORE, Debtor respectfully requests that the Court enter an Order setting extended deadlines for Debtors to file a plan up to and including November 10, 2025, and for such other and further relief as is just and proper.

HERREN, DARE & STREETT

By:   /s/ David M. Dare
David M. Dare, #35965MO
439 S. Kirkwood, MO, Suite 204
St. Louis, Missouri 63122
(314) 965-3373
(314) 965-2225 (fax)
ddare@hdsstl.com

Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing this 30th day of August, 2025 upon all parties who have requested notice and upon Trustee Charles W. Riske.

/s/ David M. Dare

1803738.docx