**SO ORDERED**

**Oct 09, 2025**

*Kathy A. Surratt-States*
**KATHY A. SURRATT-STATES**
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 25-20053 |
| | ) | |
| Two Rivers Cattle Feeders, Inc., | ) | Chapter 12 Proceeding |
| | ) | |
| | ) | **MOTION TO EXPEDITE** |
| Debtor. | ) | **HEARING OF MOTION** |
| | ) | **TO EXTEND PLAN DEADLINE** |
| | ) | |
| | ) | Hearing Date: September 11, 2025 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Hannibal Hearing Location |
| | ) | Response Date: September 8, 2025 |

**DEBTOR'S MOTION FOR EXPEDITED HEARING ON SECOND MOTION TO EXTEND DEADLINE TO FILE CHAPTER 12 PLAN**

COMES NOW Two Rivers Cattle Feeders, Inc., by and through its undersigned counsel, Debtor and Debtor-in Possession ("Debtor") and moves the Court for Expedited Hearing on its Second Motion for Extension of Time of Deadlines to File Chapter 12 Plan filed on August 30, 2025 (the "Motion"). In support of the request for expedited hearing on the Motion, Movant respectfully represents as follows:

1. On April 3, 2025 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 12, Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Missouri, Northern Division.

2. Pursuant to Sections 1203 of the Bankruptcy Code, Debtor is continuing to operate its business as a debtor in possession. Charles W. Riske is the Chapter 12 trustee, and no examiner has been appointed, and no official committee of creditors or equity interest holders has been established in the case.

3.      The relief requested in the Motion is necessary on an expedited basis because the Debtor needs to know that it has been granted the additional time it has requested to file its plan.

4.      Debtor has provided notice of the motion to the U.S. Trustee and all creditors and parties in interest who have requested notice via CM/ECF.

WHEREFORE, Debtor respectfully requests that the Court enter an Order setting an expedited hearing on the Motion, approving notice thereof, and for such other and further relief as is just and proper.

Date: August 30, 2025.

**HERREN, DARE & STREETT**

/s/ David M. Dare
David M. Dare, #35965MO
439 S. Kirkwood Rd., Suite 204
St. Louis, Missouri 63122
(314) 965-3373 Telephone
(314) 965-2225 Facsimile
ddare@hdsstl.com

*Attorneys for Two Rivers Cattle Feeders, Inc.*